UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br><br>**ORDER SETTING DEADLINE TO COMPLY WITH JPML RULE 10.4(a) AND ORDER CLOSING THE CASE** |

The United States Judicial Panel on Multidistrict Litigation ("JPML or Panel") finalized two conditional remand orders and ordered that the remaining member cases be remanded to their respective transferor courts. JPML No. 2286, Doc. Nos. 1085, 1093.[1] The Panel further ordered "that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded." JPML No. 2286, Doc. No. 1085 at 1. The orders were then placed on this Court's multidistrict litigation ("MDL") docket and the member case dockets. *See* Doc. Nos. 834, 835, 837.

---

[1] All citations refer to the pagination assigned by the CM/ECF system. The Court cites to the docket of the Panel as "JPML No. 2286, Doc. No." The Court cites to the docket of 11-md-2286-MMA (MDD) as "Doc. No."

1

The Court finds that it is necessary to set a deadline to ensure that the remanded member cases continue to be litigated efficiently and to effectuate the Panel's remand order regarding Rule 10.4(a).  *See* Fed. R. Civ. P. 1; J.P.M.L. R. 10.4(a); *see also In re: Motor Fuel Temperature Sales Practices Litigation*, No. 2:07-md-1840-KHV (Nov. 15, 2013), ECF No. 4671 at 24 (setting a deadline for the parties to comply with Panel Rule 10.4(a) in the court's order suggesting remand).  Accordingly, the Court **ORDERS** that the parties subject to the Panel's remand orders furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded on or before **February 12, 2021**.  For every member case, each member Plaintiff and Defendants must compose a *joint* stipulation or designation in the form of an e-mail directed to the Clerk of Court at mdl@casd.uscourts.gov.[2]  The e-mail must provide the following: (1) the MDL number, (2) the member case number assigned in this transferee district, (3) the case number assigned in the original transferor district, and (4) a list of the documents the parties stipulate or designate to be part of the record to be remanded.  If the parties in any member case fail to meet the above deadline, the Clerk of Court will transfer the files to the applicable transferor court pursuant to Panel Rule 10.4(b) and indicate to the transferor court that the parties failed to stipulate or designate the contents of the remanded record.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[2] Regarding pro se Plaintiff David E. Mack's 106 related member cases, the Court previously *sua sponte* consolidated his 106 member cases under one case number, 15-cv-723-MMA (MDD).  *See* Doc. No. 572.  Only one stipulation or designation is required with respect to Mr. Mack's member cases.

Given that all matters before the Court have been dismissed, resolved, or remanded by the Panel, the Court finds that this MDL has concluded. Upon the transfer of files to the respective transferor districts, the Court **DIRECTS** the Clerk of Court to close this MDL. The Court **DIRECTS** the Clerk of Court to file this Order on the docket of 11-md-2286-MMA (MDD) and the dockets of the remanded member cases.

**IT IS SO ORDERED**.

Dated: January 20, 2021

HON. MICHAEL M. ANELLO
United States District Judge